# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT JACKSON

## APRIL 1998 SESSION

FILED

April 23, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | C.C.A. NO. 02C01-9710-CR-00382 |
| Appellee, | ) | |
| | ) | SHELBY COUNTY |
| VS. | ) | |
| | ) | NO. 96-13311 Below |
| AARON L. DRUMMER, | ) | |
| | ) | |
| Appellant. | ) | **RULE 20 ORDER** |

## ORDER

The defendant, Aaron L. Drummer, pled guilty to possession with intent to sell or deliver ten (10) pounds of marijuana, a Class E felony. He agreed to a sentence of one (1) year and a $3,000 fine, the manner of sentence to be determined by the trial court. At the conclusion of the sentencing hearing, the trial court denied alternative sentencing. The defendant was immediately incarcerated.

On appeal the defendant contends the trial court erred in denying alternative sentencing. However, it appears to this Court that the defendant has been released from incarceration. The issue, therefore, is moot. *See* State v. Samuel D. Perry, C.C.A. No. 02C01-9611-CR-00435, Shelby County (Tenn. Crim. App. filed January 29, 1998, at Jackson); State v. Terry Moore, C.C.A. No. 02C01-9509-CC-00257, Madison County (Tenn. Crim. App. filed August 2, 1996, at Jackson).

It is, therefore, ORDERED that the judgment of the trial court is affirmed in accordance with Rule 20 of the Tennessee Court of Criminal Appeals. Costs are taxed to the State of Tennessee, as it appears the defendant is indigent.

_____
**JOE G. RILEY, JUDGE**


**CONCUR:**


_____
**DAVID G. HAYES, JUDGE**


_____
**WILLIAM M. BARKER, JUDGE**

2